```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION
```

_____

UNITED STATES OF AMERICA,

       Plaintiff,

   v.                                           File No. 1:07-CR-49

KERRY VAUGHN BLACKIE,

       Defendant.
_____/

<u>Resentencing</u>

Before

         THE HONORABLE ROBERT HOLMES BELL
           United States District Judge
              March 27, 2009

<u>APPEARANCES</u>

| | |
|---|---|
| JULIE A. WOODS | RICHARD D. STROBA |
| Assistant U.S. Attorney | Assistant Federal Public |
| P.O. Box 208 |   Defender |
| Grand Rapids, MI 49501 | 50 Louis, NW, Suite 500 |
| Attorney for Plaintiff | Grand Rapids, MI 49503 |
| | Attorney for Defendant |

Kevin W. Gaugier, CSR-3065
U.S. District Court Reporter

```
 1                                         Grand Rapids, Michigan
 2                                         March 27, 2009
 3                                         8:47 a.m.
 4                              -  -  -
 5
 6                          P R O C E E D I N G S
 7
 8          THE COURT:  You may be seated.  Good morning,
 9   counsel.
10          MR. STROBA:  Good morning, Your Honor.
11          THE COURT:  Ms. Woods representing the government,
12   Mr. Stroba representing the defendant in a retake of United
13   States v. Kerry Vaughn Blackie, 1:07-CR-49.  Mr. Stroba, I
14   believe this is your first contact with this case; is that
15   correct?
16          MR. STROBA:  That's correct, Your Honor.
17          THE COURT:  And I believe in conjunction with this
18   matter you have sent to the Court a waiver of your client's
19   presence --
20          MR. STROBA:  That's correct, Your Honor.
21          THE COURT:  -- to be here.
22          MR. STROBA:  He had expressed that to his original
23   attorney.  We followed up on it, sent him a letter, explained
24   his rights, and he returned the form to us and we filed that
25   with the Court.
```

1              THE COURT:  While I far prefer your presence here to
2    the lawyer who was here before, what is the reason that the
3    lawyer before didn't appear?
4              MR. STROBA:  I don't know, Your Honor.  I really
5    haven't had any direct contact with him.  I assume it had
6    something to do with finances.  I am assuming that without any
7    knowledge to that effect.
8              THE COURT:  All right.  Okay.  Thank you.
9              Well, this matter comes to the Court on a nine-page
10   published opinion basically for all intents and purposes
11   saying, Judge, you're one month over the purported guideline
12   you reached, and therefore, you abused your discretion.  So I
13   guess so much for the freedom of the judges to fashion a
14   sentence in this case five levels below the original guideline
15   to achieve what this Court believed was substantial justice in
16   this case.
17             The defendant was originally sentenced on August 1st
18   of 2007 to 42 months of incarceration and three years of
19   supervised release pursuant to a guilty plea entered May 1st
20   of 2007 to an indictment charging that of possession of images
21   of minors engaged in sexually explicit conduct.  Mr. Blackie,
22   however, is -- he would now be 61 years of age with an
23   associate's degree educationally; apparently employment
24   somewhat marginal, but mother's yearly contributions to his
25   bottom line helped him considerably through the years.

1    A plea agreement was accepted in this matter,
2  obviously, calling for no other prosecution in conjunction
3  with this.  And as this Court indicated and as this Court is
4  precluded from doing, Ms. Hodel's presentence report, as this
5  Court concluded various segments of that presentence report,
6  Paragraph 40 in particular and other levels that were added as
7  aggravating factors this Court found duplicative of one
8  another and reduced the adjusted offense level to a 20 and a
9  criminal history level of I.
10          Does the government wish to make any statement about
11  this case at this time?
12          MS. WOODS:  No, Your Honor.  I believe that the
13  presentence report did provide Your Honor with a good
14  background on Mr. Blackie and his situation, and we defer to
15  the Court's discretion.  Thank you.
16          THE COURT:  Thank you.  Thank you.
17          Mr. Stroba?
18          MR. STROBA:  Thank you, Your Honor.  I will be
19  brief, Your Honor.  The Court has had the benefit of our
20  resentencing memorandum that we filed.
21          THE COURT:  Yes, I have, and thank you.
22          MR. STROBA:  And of Mr. Blackie's letter to the
23  Court that we got shortly after we filed that memorandum.
24          I come to this matter with a little bit different
25  perspective than most of my cases, and I get to view this case

1   and this particular defendant looking backward, sort of Monday
2   morning quarterbacking to some extent.  I take the Court's
3   comments regarding Mr. Blackie's original attorney or trial
4   counsel, but I looked at what he did, and quite frankly I
5   wouldn't have any problem putting my name on what he did in
6   terms of preparing this case for the Court's consideration.
7   And I think with the Court's variance from those originally
8   scored guidelines, that was appropriate and we'd ask the Court
9   to continue on with that, obviously.
10              It is clear that this Court gave due consideration
11  to the arguments and the facts presented to support the
12  arguments in support of a sentence.  In the end the Court
13  determined that incarceration was necessary to punish and to
14  deter not only Mr. Blackie, but others.
15              Mr. Blackie has now served some 17 months of his
16  sentence.  He has done well, as this Court would expect and
17  has the right to expect.  But we also know that not all
18  prisoners do so well, however.  Not all prisoners work and
19  undertake learning a trade as he did in this case, learning
20  how to sew to be part of the prison industries.  And not all
21  prisoners express their thankfulness for their families as he
22  does and continues to do.  And not all prisoners plan for a
23  future on the outside, and I think Mr. Blackie is trying to do
24  everything he can.
25              And my point about that is this.  Save for

1   punishment and deterrence, as I look at it, and the Court
2   obviously has sentenced way more people than I've ever
3   represented, this is perhaps not a man who otherwise, other
4   than punishment and deterrence, needs to be incarcerated.  We
5   know now that this honorable Court and other trial courts have
6   gained some freedom to vary from the guidelines with which it
7   disagrees on a policy ground, and we know that the child
8   pornography guideline does not enjoy that presumption of
9   validity in that it's not as empirically based as other
10  guidelines were, and so a variance from the guidelines may be
11  warranted in a given case.
12          We ask this honorable Court to consider what is the
13  sufficient, but not greater than necessary sentence that this
14  man with this background at this time needs to serve to
15  fulfill the dictates of the sentencing statute.  Even if the
16  purpose to be served -- the purposes to be served are
17  punishment and deterrence, does the sentence in this case have
18  to be 42 months, 36 months, two years, or otherwise within the
19  guidelines or perhaps even below the guidelines?  After a year
20  or after two years of serving a sentence, would deterrence
21  really be served further for somebody who's spent no time in
22  custody to speak of before this, and is it simply punishment?
23          And if it's punishment, the Court certainly has the
24  right to consider that, particularly in this type of offense.
25  That's the Court's prerogative.  I remember and I don't

1   remember whether it was a judge or one of the legislators who
2   said we want to make sure that we're incarcerating people who
3   are really dangerous as opposed to just those ones that we are
4   mad at.  Certainly child pornography is one that a great deal
5   of anger can be generated, but given Mr. Blackie's background,
6   given what he's done since this Court imposed sentence, we
7   think the Court certainly has enough background to make a
8   reasoned decision as it had done previously, perhaps with
9   these new additional facts.  Thank you, Your Honor.
10              THE COURT:  Thank you.  Thank you.
11              Well, it's clear to this Court in reviewing once
12  again, going through the facts and circumstances of Mr.
13  Blackie's life, yes, he is a decorated Vietnam veteran.  Yes,
14  he has had children and he has had various personal
15  relationships.
16              One would have to conclude that his early childhood
17  associations were not good; that in the '90s and in the early
18  part of the two years of 2000s, that he had somewhat of a time
19  of upheaval.  Apparently his wife that he married in '92 had
20  mental health problems and a divorce in '95, but out of that
21  came a child called Jasmine Teetee that apparently was Mr.
22  Blackie's primary responsibility in terms of being the
23  custodian, and in fact there was much devoted to his love and
24  support and care for this daughter.
25              It appears that Mr. Blackie is fighting some demons

```
 1   not only that he got in the Vietnam War through post-traumatic
 2   stress disorder, but the marital and personal issues that have
 3   persisted since the early '90s have persisted up until going
 4   into incarceration.  In fact, in December of '06, a suicide
 5   attempt which was set forth at great length in Paragraphs 77,
 6   78, and 79, self-hatred and other such matters that are
 7   noted.
 8             It should be noted that during this time that Mr.
 9   Blackie was the custodian of his daughter, who was an early
10   teenager at the time, that he downloaded for $79 a
11   particular -- as a customer, a particular vulgar and horrible
12   child pornography site, one of them said here in the reports
13   one of the worst child pornography sites.  It had not very
14   many images on it compared to what some persons that come
15   before this Court have had, but from all accounts the images
16   here were rather traumatically young, young children.  Some,
17   according to the defendant, were children that were babies and
18   young children, ten to twelve years of age, in other respects
19   six to twelve years of age.  And there was a facial expression
20   on one of them that obviously had the pose with the sexual
21   penetration of an adult male which is highly suggestive of the
22   fact that she is in pain.  So we find masochistic conduct in
23   those contents of those images.
24             Ten of the various 115 images of this child
25   pornography found on the hard drive of Mr. Blackie's computer
```

1  were known victim series, the Helen & Gavin and the Sabban
2  series.  These are well-known European and American persons,
3  children who have been exploited into the international scene,
4  and he was viewing these at the same time he had custody of
5  his daughter that he apparently thinks the world of.  Those
6  don't match.  They don't match at all.  They suggest to this
7  Court that there are some serious mental health issues that
8  need to be addressed.
9          So this matter carries an adjusted offense level of
10  20 as the appellate court has concluded based upon this
11  Court's lengthy exposition at the time for sentencing and a
12  criminal history level of I.  Now, I want to go through it
13  once again and make the point that the Court makes
14  periodically on these.  Criminal history level of I has within
15  it persons who have past history of criminal behavior which
16  has historically run the time limit and is considered not
17  calculable on a grid, but it also includes people who've never
18  had any issues with the law.
19          And the Court wants the record to reflect that Mr.
20  Blackie has had significant prior contact with the law, albeit
21  in minor ways, but significant contact of lawlessness, but it
22  is timed out.  It is not calculable.  So even though it's a
23  criminal history level of I, it is still background; and even
24  though it may be ten years old or older, it still goes into
25  painting the picture of who Mr. Blackie is when he comes to

```
 1    court on that date of August 1, 2007, for the original
 2    sentencing, which was apparently one month too high.
 3             Now, what is the appropriate sentence?  The Court
 4    believes the appropriate sentence is a sentence that is
 5    sufficient, but not greater than necessary to comply with the
 6    purposes of Section 3553(a).  This Court has articulated the
 7    nature and circumstances of this offense.  For someone of
 8    somewhat limited means, although his mother is subsidizing
 9    him, even then $80, to plunk down $80 to watch what is called,
10    quote, "Illegal CP," end of quote, which is this Web site, and
11    proceed to get the benefit of the bargain, if you will, by
12    looking at these pictures demonstrates a history and
13    characteristic of Mr. Blackie that is troubling.  Judgment,
14    troubling; morality, legality, very troubling; custodian of a
15    young minor child, very troubling to this Court of history and
16    characteristics.
17             This is a serious offense, and this Court's
18    requirement is to firmly and unequivocally indicate that
19    respect for law means you stay away from these sites.  The
20    First Amendment being what it is, they're available,
21    regrettably.  But good judgment and proper respect for law,
22    this particular, quote, "Illegal CP," end of quote, had at the
23    outset, according to the presentence report, kind of a clause
24    that said this is illegal in all countries.  So in order to
25    crawl through and open that up and proceed on into it, not
```

1   only was Mr. Blackie well aware of the fact that this was
2   trash, filthy trash, he was also aware of the fact that there
3   was a notice to him that this was illegal, but he still
4   proceeded on into it.
5           A just punishment for this offense requires that an
6   adequate deterrence to this criminal conduct be had.  Let me
7   go back here and make what I think is a very salient point to
8   this particular matter.  As the Court indicated, this matter
9   arises under 18 United States Code 2252(a)(4)(B) and (b)(2).
10  That's what the indictment was for.  That particular section
11  of the Code, of the Federal Criminal Code, has been visited by
12  Congress many times, and Congress has recently spoken very
13  strongly to the Sentence Guideline Commission through its
14  lawmaking authority that this is a serious problem, and
15  Congress wants the courts to address this with stiff
16  sentences, hard sentences.  Therefore, the Court can't help
17  but note that the adequate deterrence to criminal conduct is
18  what Congress wants this statute and the courts to do in these
19  kind of situations.
20          To protect the public from further crimes of this
21  defendant this Court believes requires a term of custody
22  consistent with the guideline, but designed to give Mr.
23  Blackie mental health assessment and treatment not only for
24  depression, not only for post-traumatic stress syndrome, but
25  to deal with the questions that give rise to why a person in

```
 1    his situation would turn to this kind of pornography as a
 2    solace of some kind.
 3            Therefore, this Court believes that that 21 -- 41
 4    months in the custody of the Federal Bureau of Prisons, not
 5    only is it within the adjusted offense guideline of 20 and a
 6    criminal history of I and therefore safely within the harbor
 7    that the Court of Appeals wants this Court to navigate, but in
 8    fact it provides a lengthy period, not too lengthy, not
 9    greater than necessary, but sufficient for Mr. Blackie to get
10    some mental health treatment and assessment, to reflect on who
11    he is and what he has done, and to provide him with some
12    stability as he prepares to reenter society as a productive
13    member.
14            The Court requires that he be placed as nearly as
15    possible to central Michigan where his family is.  This Court
16    is satisfied that the provisions of his sister taking care of
17    his daughter under the circumstances is sufficient not only
18    for him and his peace of mind, but also for her welfare while
19    he is gone, that appearing to be a just and good situation.
20            It appears that a three-year period of supervised
21    release with the standard conditions of reporting and
22    remaining law-abiding shall follow with the option of the
23    probation officer being to enroll Mr. Blackie in a program of
24    mental health.  Mr. Blackie will have to register as a sex
25    offender in the state of Michigan as required by Michigan law,
```

```
 1    and this Court would require that Mr. Blackie be gainfully
 2    employed.
 3              This Court would additionally require that he
 4    provide 300 hours of community service in lieu of a fine that
 5    this Court might otherwise impose.  This Court finds that Mr.
 6    Blackie's an intelligent individual.  He certainly is in a
 7    position to make a contribution to the community from which he
 8    has come, and that contribution can be materially a good
 9    matter and in lieu of a fine is thoroughly appropriate.  In
10    all other respects the Court believes that Mr. Blackie should
11    be able to avail himself of the services of the community and
12    be gainfully employed and be a productive, honorable member of
13    the community.
14              Any legal objection to the sentence imposed, Ms.
15    Woods?
16              MS. WOODS:  No, Your Honor, thank you.
17              THE COURT:  Mr. Stroba?
18              MR. STROBA:  No, Your Honor, thank you.
19              THE COURT:  You have a right of appeal of this
20    sentence, Mr. Stroba, on behalf of your client within ten
21    days.  Those forms are being provided to your client.
22              The record should reflect that Mr. Blackie will be
23    given credit for all the time that he has served and is
24    serving at this time in conjunction with this resentencing in
25    this matter.
```

1    This Court particularly wants to thank you, Mr.
2    Stroba, for your representation in this, albeit it has come of
3    late, but you have done an exemplary job on behalf of Mr.
4    Blackie.  That's all.  Thank you.
5         MR. STROBA:  Thank you, Your Honor.
6              (Proceedings concluded at 9:08 a.m.)
7                         *   *   *
8                    CERTIFICATE OF REPORTER
9
10        I, Kevin W. Gaugier, Official Court Reporter for the
11   United States District Court for the Western District of
12   Michigan, appointed pursuant to the provisions of Title 28,
13   United States Code, Section 753, do hereby certify that the
14   foregoing is a true and correct transcript of the proceedings
15   had in the within-entitled and numbered cause on the date
16   hereinbefore set forth.
17        I do further certify that the foregoing transcript
18   was prepared by me.
19
20
21
22   /s/  Kevin W. Gaugier
23   Kevin W. Gaugier, CSR-3065
     U.S. District Court Reporter
24   110 Michigan N.W.
     622 Federal Building
25   Grand Rapids, MI 49503